MINUTE ENTRY
BEER, J.
DECEMBER 10, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHET NUNEZ | CIVIL ACTION |
| VERSUS | NUMBER: 08-1310 |
| ALLSTATE INSURANCE CO. | SECTION: M (1 ) |

| | |
|---|---|
| COURTROOM DEPUTY:<br>RICK WINDHORST | COURT REPORTER:<br>VIC DIGIORGIO |

Wednesday, DECEMBER 10, 2008 at 9:30 am
JUDGE PETER BEER PRESIDING

ATTORNEYS:   STUART BARASCH FOR PLAINTIFF.
             ARTHUR LENTINI, J.B. HENDERSON, III,  FOR DEFENDANT.


ALLSTATE'S MOTION TO EXCLUDE THE PROPOSED EXPERT TESTIMONY OF STEVE HITCHCOCK. (DOC.47)
ORDERED:  TAKEN UNDER SUBMISSION THE COURT FURTHER ORDERS THAT COUNSEL ARE GIVEN UNTIL 5:00 PM ON DECEMBER 15 TO TRY AND SETTLE THIS MATTER. IF NON IS SUBMITTED A RULING WILL BE ISSUED DIRECTLY.

ALLSTATE'S MOTION FOR SUMMARY JUDGMENT. (DOC.49)
ORDERED   TAKEN UNDER SUBMISSION.

**(JS-10:   00:30)**