**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| CHET AND WENDY NUNEZ | CIVIL ACTION |
| | NO. 08-1310 |
| VERSUS | |
| ALLSTATE INSURANCE COMPANY | SECTION M |

**ORDER**

Before the Court is Defendant's Motion for Summary Judgment and Motion to Exclude Proposed Expert Testimony of Plaintiffs' Expert, both of which came for hearing on December 10, 2008, with oral argument. After consideration of the motions, the briefs from both sides and the applicable law, the Court **GRANTS** both motions. See Bayle v. Allstate (2:08-cv-01319) and Williams v. Allstate (2:08-cv-00062).

New Orleans, Louisiana, this 17th day of December, 2008.

Peter Beer
United States District Court